JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BYAMBADORJ TSENDAYUSH,

     Petitioner,

    v.

PAMELA BONDI, et al.,

     Respondents.

Case No. 5:26-cv-00970-SB-KES

**JUDGMENT**

Pursuant to the Court's Order Denying Habeas Petition, it is adjudged that the petition is denied.

DATED:  June 30, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge